IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:10CR3028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TENTATIVE FINDINGS ON REVISED |
| | ) | PRESENTENCE INVESTIGATION |
| ROZETTA J. BARTLETT, | ) | REPORT |
| | ) | |
| Defendant. | ) | |

The government does not object to the Revised Presentence Investigation Report, (filing no. 25), and the defendant has filed no statement of objections. Accordingly, the court tentatively finds the Revised Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

DATED this 30th day of June, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge