**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **4: 10 CR 3028** |
| Plaintiff, ) | |
| ) | |
| ) | **DETENTION ORDER** |
| vs. ) | |
| ) | **PETITION FOR** |
| **ROZETTA J. BARTLETT,** ) | **ACTION ON CONDITIONS** |
| ) | **OF** |
| Defendant. ) | **SUPERVISED RELEASE** |
| ) | |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

__X__  The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

____  The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:

The defendant is highly agitated, has threatened to light a fire in her apartment, and has threatened to leave the city without providing a forwarding address.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED:   December 23, 2010                         BY THE COURT:

                                                                     *s/Cheryl R. Zwart*
                                                                     Cheryl R. Zwart
                                                                     United States Magistrate Judge